# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK D. STEBBINS, | NO. CV 17-6236-KS |
| Plaintiff, | |
| v. | ORDER AWARDING ATTORNEY FEES PURSUANT TO EAJA, 28 U.S.C. § 2412(d) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security | |
| Defendant. | |

Based upon the Stipulation between the parties, through their respective counsel, that was filed on December 4, 2018, IT IS ORDERED that fees in the amount of $5,488.59 as authorized by 28 U.S.C. § 2412(d), shall be awarded, subject to terms of the Stipulation.

DATED: December 6, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE